IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALLEY NATIONAL BANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:20-cv-961-RAH ) |
| PIOTR CZAPLA, *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation filed January 17, 2023 (Doc. 79) to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 79) is **ADOPTED**;

2. Valley National's *Motion for Default Judgment* (Doc. 61) as to Quality Home Health Care, Inc. is **GRANTED**;

3. Valley National's *Motion for Summary Judgment* (Doc. 67) as to Piotr Czapla and Susan M. Czapla is **GRANTED**;

4. The *Motions to Dismiss* filed by the Czaplas (Docs. 69, 70) are **DENIED**;

5. Damages are awarded jointly and severally against Quality Home and the Czaplas in the amount of $254,511.54, which includes $181,523.91 in

principal, $887.25 in late fees, and $4,360 in expenses, plus pre-judgment interest and attorneys' fees to be calculated after submission of an appropriate interest calculation and evidentiary materials by Valley National as set forth in the Magistrate Judge's Recommendation (Doc. 79); and

6. This matter is referred back to the Magistrate Judge for a recommendation on interest and attorneys' fees

A separate Final Judgment will be entered in accordance with this order once the interest and attorneys' fees have been calculated.

**DONE**, on this the 8th day of March, 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE