IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALLEY NATIONAL BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-cv-961-RAH |
| | ) |
| PIOTR CZAPLA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed May 17, 2023 (Doc. 85) regarding the amount of interest and attorneys' fees to be awarded to Defendant Valley National Bank. On May 17, 2023, Defendants Piotr Czapla and Susan M. Czapla filed objections. (Doc. 86.) The Defendants' objections do not identify a legal error in the Magistrate Judge's recommendation, but rather expresses their frustration with Valley National Bank, the legal system, and their disagreement with their personal liability for their failed business's loan. The Court sympathizes with the Czaplas for the difficulties they have had to endure due to the failure of their business and having to defend themselves in this present action; however, the Czaplas' objections are not based on any error as a matter of law or fact.

1

Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is **ORDERED** that:

1. The Recommendation of the Magistrate Judge (Doc. 85) is **ADOPTED**;

2. Plaintiff Valley National Bank is awarded interest in the amount of $92,639.27 through May 3, 2023, plus accruing interest at the rate of $90.79 per diem after May 3, 2023; and

3. Plaintiff Valley National Bank is awarded $42,623.10 in reasonable attorneys' fees and $6,460.18 in expenses.

A separate Final Judgment shall issue.

DONE, on this the 24th day of May, 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE